**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7163**

---

JULIUS S. BAKER, SR.,

Petitioner - Appellant,

versus

BEAVER COUNTY SHERIFF DEPARTMENT OF PENNSYL-
VANIA; CHIEF AUSTIN, City of Columbia Police
Department; JAMES MCCAULLEY, Director of Rich-
land County Detention Center; ATTORNEY GENERAL
OF THE STATE OF SOUTH CAROLINA,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph F. Anderson, Jr., District
Judge.   (CA-98-741-3-17BC)

---

Submitted:  October 8, 1998        Decided:  November 13, 1998

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Julius S. Baker, Sr., Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Julius S. Baker, Sr., appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Baker v. Beaver County Sheriff Dept., No. CA-98-741-3-17BC (D.S.C. Jul. 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED